STATE OF MONTANA, Plaintiff, vs. DAVID ARTHUR DEPUE, Defendant.

DECISION

No. 3705

The application of the above-named defendant for a review of the sentence of Seven (7) years imposed on October 18, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Michael G. Barer, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. JOSEPH THERON HALL, Defendant.

DECISION

No. 1117

The application of the above-named defendant for a review of the sentence of Ten years imposed on April 3, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed except the last two and one-half years of said sentence is hereby suspended. During the period of said suspension the defendant shall be under the rules and regulations of the Adult Parole and Probation Bureau and subject to their rules and regulations.

We wish to thank Maynard Bowers, of the Montana Defender Project, for his assistance to the defendant and to this Court.

DATED this 13th day of May, 1977.

SENTENCE REVIEW DIVISION

Jack L. Green, Chairman; Peter G. Meloy.